W. H. Milton, W. J. Daniels, Jr., and John Milton, Jr., as surviving partners of the late firm of W. J. Daniel & Company, Plaintiffs in Error, v. Attaway McKinnon as an Individual and as Commissioner under the order of the County Judge's Court, Garnishee, Defendant in Error.

(Supreme Court of Florida, En Banc, December 4th, 1908.)

Writ of Error to Circuit Court, Jackson County; J. Emmey Wolfe, Judge.

W. B. Farley, for plaintiffs in error;

No appearance for the defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant and the plaintiffs take writ of error. Writ of error dismissed on praecipe of counsel for plaintiffs in error.